IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| SOPHIA GUTIERREZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| V. | § | No. 5:03CV147 |
| | § | |
| UNIVERSTIY OF TEXAS MEDICAL | § | |
| BRANCH, ET AL., | § | |
| | § | |
| Defendant. | § | |

## JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised that this action has been settled. Therefore, it is not necessary that the action remain upon the calendar of the Court. Accordingly, it is

**ORDERED** that this action shall be, and it is hereby, dismissed without prejudice. Complete jurisdiction is retained to vacate this order and to reopen the action upon cause shown that the settlement has not been completed and further litigation is necessary. It is further

**ORDERED** that the Clerk shall forthwith serve copies of this judgment by United States mail upon the attorneys for the parties appearing in this action.

SIGNED this 15th day of November, 2004.

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE